IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CAFN: 1:22-cv-04229-ELR |
| | : | |
| WALMART, INC., | : | |
| Defendant, | : | |

<u>PLAINTIFF'S INITIAL DISCLOSURES</u>

(1)     State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

> <u>The legal issues are duty, breach, causation and damages arising from a tort claim. Plaintiff filed this tort action to seek compensation for loss suffered from personal injuries sustained when the Plaintiff slipped and fell on the premises of one of Defendant's store locations. Plaintiff contends that the injuries, pain, and suffering which followed the incident were directly and proximately cause by the negligence of the Defendant in maintaining a reasonably safe public area for its patrons.</u>

1

The legal issues in this case are whether Defendant breached their duty of care to Plaintiff when it failed to maintain a safe environment for its invitees; and if so, whether Plaintiff should be awarded fair and reasonable compensation for her loss.

(2)    Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

Statutes:

O.C.G.A. § 51-3-1 Duty of owner or occupier of land to invitee.

O.C.G.A. § 51-1-2 Ordinary diligence and ordinary negligence defined.

O.C.G.A. § 51-1-6 Recovery of damages upon breach of legal duty.

O.C.G.A. § 51-12-1 Types of damages; evidence admissible in actions involving special damages.

O.C.G.A. § 51-12-4 Damages given as compensation for injury; measure of damages generally; nominal damages

O.C.G.A. § 51-12-7 Recovery of necessary expenses.

Plaintiff reserves the right to amend and/or supplement this response to this Disclosure.

(3)     Provide the name and, if known, the address and telephone number of each
individual likely to have discoverable information that you may use to support
your claims or defenses, unless solely for impeachment, identifying the subjects of
the information. (Attach witness list to Initial Disclosures as Attachment A.)

      See attached witness list as Attachment A.

(4)     Provide the name of any person who may be used at trial to present evidence
under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts
described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying
the provisions of that rule. (Attach expert witness list and written reports to
Responses to Initial Disclosures as Attachment B.)

      Expert witness list and reports will be obtained and provided at a later date
by stipulation of the parties.

(5)     Provide a copy of, or a description by category and location of, all
documents, data compilations or other electronically stored information, and
tangible things in your possession, custody, or control that you may use to support
your claims or defenses unless solely for impeachment, identifying the subjects of
the information. (Attach document list and descriptions to Initial Disclosures as
Attachment C.)

      See attached list of documents as Attachment C.

(6)     In the space provided below, provide a computation of any category of

damages claimed by you. In addition, include a copy of, or describe by category

and location of, the documents or other evidentiary material, not privileged or

protected from disclosure, on which such computation is based, including materials

bearing on the nature and extent of injuries suffered, making such documents or

evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.

(Attach any copies and descriptions to Initial Disclosures as Attachment D.)

> Plaintiff's special damages in an amount in excess of $104,599.34.
>
> Plaintiff's future special damages in the approximate amount of
>
> $3,000,000.00. Plaintiff's past and future pain and suffering to be
>
> determined by the jury.  See description and copies in Attachment D.

(7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance

agreement under which any person carrying on an insurance business may be liable

to satisfy part or all of a judgment which may be entered in this action or to

indemnify or reimburse for payments made to satisfy the judgment. (Attach copy

of insurance agreement to Initial Disclosures as Attachment E.)

> See National Union Fire Insurance Company of Pittsburgh, PA Commercial
>
> General Liability Declarations attached as Attachment E.

4

(8)     Disclose the full name, address, and telephone number of all persons or legal

entities who have a subrogation interest in the cause of action set forth in plaintiff's

cause of action and state the basis and extent of such interest.

1. Anticipated medical lien by Choice One Physical Therapy, 1810 Mulkey
   Road, Suite 101 Austell, GA 30106; 770-948-6537; $22,151.00+.

2. Anticipated medical lien by Shelton Sports and Spine, 4300 Pleasant Hill
   Road, Duluth, Georgia 30096; 470-822-1144; $61,146.04+.

3. Anticipated medical lien by WellStar Health System, 677 Church Street,
   Marietta, Georgia 30060-1101; 770-793-5000; $7,282.80.

4. Anticipated medical lien by American Health Imaging, 6025 Professional
   Parkway, Suite 104, Douglasville, Georgia 30134; 470-412-6300;
   $2,370.00.

5. Medical lien by AICA Orthopedics, 1965 N Park Place SE Ste 200, Atlanta,
   Georgia 30339-2004; 404-947-6522; $11,649.50.

6. Plaintiff's secured loan from Legal Bay, LLC, 8214 Hollywood Blvd, West
   Hollywood, CA 90069; 213-257-7990; $4,428.00+.

7. Plaintiff's secured loan from Oasis Financial, 9525 W Bryn Mawr Ave, Ste
   900, Rosemont, IL 60018; 800-404-8546; $620.00+.

Respectfully submitted this 28th day of November, 2022.

/s/ Christopher S. Harris
Georgia Bar No. 135243
Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : CAFN: 1:22-cv-04229-ELR | |
| | : | |
| WALMART, INC., | : | |
| Defendant, | : | |

CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing document with

the Clerk of Court using the CM/ECF system which will automatically send email

notification to the following attorney of record:

Casey J. Brown and Jonathan M. Adelman
Walden Adelman Castilla Hiestand and Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
jadelman@wachp.com
cbrown@wachp.com

/s/ Christopher S. Harris
Georgia Bar No. 135243
Attorney for the Plaintiff

7

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com

<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(D)</u>

Pursuant to L.R. 5.1C, N.D. Ga., I hereby certify that the foregoing pleadings has been prepared with Times New Roman 14 point font.

This 28th day of November, 2022.

/s/ Christopher S. Harris
Georgia Bar No. 135243
Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com

Attachment A

1. Plaintiff, by and through her counsel at Harris & Harris, LLC, Christopher S. Harris, P.O. Box 679, Palmetto, Georgia 30268; 770-632-8988; harrisandharrislaw@gmail.com.

2. Treatment providers at AICA Orthopedics, 1965 N Park Place SE Ste 200, Atlanta, Georgia 30339-2004; 404-947-6522.

3. Treatment providers at Shelton Sports and Spine, 4300 Pleasant Hill Road, Duluth, Georgia 30096; 470-822-1144.

4. Treatment providers at WellStar Kennestone Hospital, 677 Church Street, Marietta, Georgia 30060-1101; 770-793-5000.

5. Treatment providers at American Health Imaging, 6025 Professional Parkway, Suite 104, Douglasville, Georgia 30134; 470-412-6300.

6. Treatment providers from Choice One Physical Therapy, 1810 Mulkey Road, Suite 101 Austell, GA 30106; 770-948-6537.

7. All witnesses named and identified by Defendant in Defendant's Initial Disclosures.

8. Plaintiff reserves the right to amend and supplement her list of witnesses as necessary during the course of discovery.

<u>Attachment B</u>

Expert witness list and reports will be obtained and provided at a later date by stipulation of the parties.

Attachment C

1. Plaintiff's medical records and billing from AICA Orthopedics.

2. Plaintiff's medical records and billing from Shelton Sports and Spine.

3. Plaintiff's medical records and billing from WellStar Kennestone Hospital.

4. Plaintiff's medical records and billing from American Health Imaging.

5. Plaintiff's medical records and billing from Choice One Physical Therapy.

Attachment D

1. Billing from AICA Orthopedics.

2. Billing from Shelton Sports and Spine.

3. Billing from WellStar Kennestone Hospital.

4. Billing from American Health Imaging.

5. Billing from Choice One Physical Therapy.

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

**Account Guarantor:**
Kincade, Talitah
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 12/1/2020 (Enc# 384613)**
Rending Provider: Lundrigan DC, Daniel
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/1/2020 | 99203 | E/M New Pat, Level 3 (99203) | 1 | $247.00 |
| 12/1/2020 | 72100 | Xr, Spine, L/S; 2 Or 3 Vws | 1 | $186.00 |
| 12/1/2020 | 73030 | Xr, Shoulder, Complete, Min 2 Vws | 1 | $169.00 |
| 12/1/2020 | 72070 | Xr, Spine; Thoracic, 2 Vws | 1 | $156.00 |
| 12/1/2020 | 72040 | Xr, Spine, Cervical; 2 Or 3 Vws | 1 | $151.00 |
| 12/1/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 12/1/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 12/1/2020 | A4556 | Electrodes -  2 PAIRS | 2 | $50.00 |
| 12/1/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$1,107.00** |

**Encounter Date: 12/4/2020 (Enc# 387404)**
Rending Provider: Lundrigan DC, Daniel
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/4/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 12/4/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 12/4/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$148.00** |

**Encounter Date: 12/10/2020 (Enc# 390786)**
Rending Provider: Chappuis PA, Rick
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/10/2020 | L0627 | Lumbar Ortho Disc Unloader | 1 | $1,197.50 |

| Patient: | | Account Guarantor: |
|---|---|---|
| **Kincade, Talitah** | | **Kincade, Talitah** |
| **Person Number      29029** | | **Person Number      29029** |
| **Medical Record Number 000020040559** | | **Account Number 25037** |
| 6270 Havens Side Rd - Apt 5 | | 6270 Havens Side Rd - Apt 5 |
| Sacramento, CA 95831 | | Sacramento, CA 95831 |

Statement for practice AICA Orthopedics, P.C.

| 12/10/2020 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $225.00 |
|---|---|---|---|---|

|  |  | **Encounter Totals** | **$1,422.50** |
|---|---|---|---|

**Encounter Date: 12/10/2020 (Enc# 390860)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/10/2020 | 98940 | Cmt 1-2 Regions | 1 | $80.00 |
| 12/10/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 12/10/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 12/10/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
|  |  | **Encounter Totals** | | **$228.00** |

**Encounter Date: 12/15/2020 (Enc# 393390)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/15/2020 | 98941 | Cmt 3-4 Regions | 1 | $91.00 |
| 12/15/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 12/15/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 12/15/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
|  |  | **Encounter Totals** | | **$239.00** |

**Encounter Date: 12/18/2020 (Enc# 395657)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 12/18/2020 | 98941 | Cmt 3-4 Regions | 1 | $91.00 |
| 12/18/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 12/18/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |

Created 10/20/2021 12:55:29PM

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

**Account Guarantor:**
**Kincade, Talitah**
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

| | |
|---|---|
| Encounter Totals | $239.00 |

**Encounter Date: 12/22/2020 (Enc# 396908)**
Rending Provider: Lundrigan DC, Daniel
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 12/22/2020 | 98941 | Cmt 3-4 Regions | 1 | | $91.00 |
| 12/22/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 12/22/2020 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | | $58.00 |
| 12/22/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

| | |
|---|---|
| Encounter Totals | $239.00 |

**Encounter Date: 12/29/2020 (Enc# 399683)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 12/29/2020 | 98940 | Cmt 1-2 Regions | 1 | | $80.00 |
| 12/29/2020 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 12/29/2020 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

| | |
|---|---|
| Encounter Totals | $170.00 |

**Encounter Date: 1/4/2021 (Enc# 402268)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 1/4/2021 | 98941 | Cmt 3-4 Regions | 1 | | $91.00 |
| 1/4/2021 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 1/4/2021 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

| | |
|---|---|
| Encounter Totals | $181.00 |

Created 10/20/2021 12:55:29PM

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Account Guarantor:
Kincade, Talitah
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 1/7/2021 (Enc# 404880)**
Rending Provider: Chappuis PA, Rick
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/7/2021 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $225.00 |
| | | **Encounter Totals** | | **$225.00** |

---

**Encounter Date: 1/7/2021 (Enc# 404960)**
Rending Provider: Sura DC, Hema
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/7/2021 | 98941 | Cmt 3-4 Regions | 1 | $91.00 |
| 1/7/2021 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 1/7/2021 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$181.00** |

---

**Encounter Date: 1/21/2021 (Enc# 412086)**
Rending Provider: Sims PT, Christina
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/21/2021 | 97162 | Physical Therapy Evaluation (Moderate Complexity) | 1 | $247.00 |
| 1/21/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 1 | $92.00 |
| | | **Encounter Totals** | | **$339.00** |

---

**Encounter Date: 1/21/2021 (Enc# 412174)**
Rending Provider: Lundrigan DC, Daniel
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/21/2021 | 99213 | E/M Est Pat, Level 3 (99213) | 1 | $154.00 |
| 1/21/2021 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

**Account Guarantor:**
**Kincade, Talitah**
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

| 1/21/2021 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
|---|---|---|---|---|
| | | **Encounter Totals** | | **$244.00** |

**Encounter Date: 1/28/2021 (Enc# 416044)**
Rending Provider: Sims PT, Christina
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/28/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| | | **Encounter Totals** | | **$184.00** |

**Encounter Date: 1/29/2021 (Enc# 416623)**
Rending Provider: Considine MD, John
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 1/29/2021 | 73221 | MRI Extremity Upper Joint  w/o Contrast | 1 | $2,478.00 |
| | | **Encounter Totals** | | **$2,478.00** |

**Encounter Date: 2/1/2021 (Enc# 417550)**
Rending Provider: Jones III MD, Edwin Ladd
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/1/2021 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $225.00 |
| | | **Encounter Totals** | | **$225.00** |

**Encounter Date: 2/9/2021 (Enc# 422182)**
Rending Provider: Sims PT, Christina
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/9/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| | | **Encounter Totals** | | **$184.00** |

Created 10/20/2021 12:55:29PM

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

**Account Guarantor:**
**Kincade, Talitah**
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 2/9/2021 (Enc# 422232)**
Rending Provider: Barnes MD, Calvin
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/9/2021 | 72141 | MRI Cervical Spine without Contrast | 1 | $2,385.00 |
| | | **Encounter Totals** | | **$2,385.00** |

**Encounter Date: 2/10/2021 (Enc# 422934)**
Rending Provider: Hayes, PTA, William
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/10/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| 2/10/2021 | 97140 | Mnl Ther Tqs 1+ Regions Ea 15 Min | 1 | $90.00 |
| | | **Encounter Totals** | | **$274.00** |

**Encounter Date: 2/16/2021 (Enc# 426182)**
Rending Provider: Hayes, PTA, William
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/16/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| 2/16/2021 | 97140 | Mnl Ther Tqs 1+ Regions Ea 15 Min | 1 | $90.00 |
| | | **Encounter Totals** | | **$274.00** |

**Encounter Date: 2/23/2021 (Enc# 429712)**
Rending Provider: Hayes, PTA, William
Location: AICA 04 Cobb

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 2/23/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| 2/23/2021 | 97140 | Mnl Ther Tqs 1+ Regions Ea 15 Min | 1 | $90.00 |
| | | **Encounter Totals** | | **$274.00** |

Created 10/20/2021 12:55:29PM

**Patient:**
**Kincade, Talitah**
**Person Number      29029**
**Medical Record Number 000020040559**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

**Account Guarantor:**
**Kincade, Talitah**
**Person Number      29029**
**Account Number 25037**
6270 Havens Side Rd - Apt 5
Sacramento, CA 95831

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 3/1/2021 (Enc# 432529)**
Rending Provider: Jones III MD, Edwin Ladd
Location: AICA 10 West

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/1/2021 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $225.00 |
| | | **Encounter Totals** | | **$225.00** |

**Encounter Date: 3/3/2021 (Enc# 434095)**
Rending Provider: Hasbun PT, Marjorie
Location: AICA 13 Buckhead

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/3/2021 | 97110 | Ther Px 1+ Areas Ea 15 Min Ther Xerss | 2 | $184.00 |
| | | **Encounter Totals** | | **$184.00** |

| | | **Grand Totals** | | **$11,649.50** |

Created 10/20/2021 12:55:29PM

**Shelton Sports and Spine, LLC**
**Timothy Shelton, MD**
4300 Pleasant Hill Road Suite A
Duluth, GA 30096

P: 470-822-1144
F: 678-401-0372
sheltonmd@sheltonmd.com

INVOICE

**Date: 6/21/22**

Harris and Harris Law
770-632-8988

| Patient Name: | Procedure/Charge: |
|---|---|
| Name: Talitha  Kincade<br>DOB: ▉▉▉▉ | |
| Encounter Date: 12/14/21<br>Lumbar trigger point injections under U/S | New patient evaluation and treatment: 99204.25: $750<br>Trigger Point Injections 20553: $2,895<br>Ultrasound: 76942: $961 |
| Encounter Date: 1/12/22<br>Left SI joint injection under fluoroscopy | f/u visit: 99214.25: $650<br>27096: $4,895<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Contrast: q9967: $98.25<br>Sterile tray: a4550: $256.84 |
| Encounter Date: 2/8/22<br>Left L3-S1 facet joint injections under fluoro | f/u visit: 99214.25: $650<br>64493: $3,500<br>64494: $1,750<br>64495: $1,250<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Sterile tray: a4550: $256.84 |
| Encounter Date: 3/4/22<br>Left L3-4, L4-5<br>Transforaminal epidural steroid injection under fluoro | f/u visit: 99214.25: $650<br>Left L4-5, L5-S1 TF ESI:<br>64483: $4,895<br>64484: $3,995<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Contrast: q9967: $98.25<br>Sterile tray: a4550: $256.84 |
| Total page 1 | **$30,878.52** |
| | |

| Name: Talitha  Kincade<br>DOB: █████ | |
|---|---|
| Encounter Date: 4/12/22<br>Left L3-4, L4-5<br>Transforaminal epidural steroid injection under fluoro | f/u visit: 99214.25: $650<br>Left L4-5, L5-S1 TF ESI:<br>64483: $4,895<br>64484: $3,995<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Contrast: q9967: $98.25<br>Sterile tray: a4550: $256.84 |
| Encounter Date: 5/23/22<br>Left L3-4, L4-5<br>Transforaminal epidural steroid injection under fluoro | f/u visit: 99214.25: $650<br>Left L4-5, L5-S1 TF ESI:<br>64483: $4,895<br>64484: $3,995<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Contrast: q9967: $98.25<br>Sterile tray: a4550: $256.84 |
| Encounter Date: 6/21/22<br>Left L3-S1 facet joint injections under fluoro | f/u visit: 99214.25: $650<br>64493: $3,500<br>64494: $1,750<br>64495: $1,250<br>Fluoroscopy: 77002: $961<br>Meds: J1094: $62.50<br>Sterile tray: a4550: $256.84 |
| Total page 2 | **$30,267.52** |
| Total page 1 | **$30,878.52** |
| **Grand Total:** | **$61,146.04** |



## Wellstar
HEALTH SYSTEM

Interested in staying well? Get the latest health tips, news, and more on our new health information website at **www.wellstar.org**

Statement Date: **12/16/2021**
Guarantor Name: **Talitha Kincadebroughton**
Medical Record Number: **566274837**
Payor Plan: **ESR TPL - ESR TPL**

**GUARANTOR INFORMATION:**
Talitha Kincadebroughton
6270 HAVENSIDE DR APT 5
SACRAMENTO, CA 95831-1532

## This is not a bill.  This is an itemization of your services for:

| | | | |
|---|---|---|---|
| Patient Name: | Talitha Kincadebroughton | Admission Date: | 08/31/20 |
| Account ID: | 10003884341 | Discharge Date: | 09/01/20 |
| Guarantor ID: | 500209744 | Location: | WS Cobb Hospital |

Current Account Charges: 5,612.20

### Hospital Charges

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0250 | 08/31/2020 | METHOCARBAMOL 500 MG TAB | 2 | 7.80 |
| 0320 | 08/31/2020 | HC XR HIP UNI 2-3 VWS | 1 | 507.00 |
| 0320 | 08/31/2020 | HC XR KNEE 3VW | 1 | 722.00 |
| 0320 | 08/31/2020 | HC XR SHOULDER COMPLETE 2+VW | 1 | 741.00 |
| 0320 | 08/31/2020 | HC XR SPINE LUMBOSACRAL 2-3VW | 1 | 914.00 |
| 0450 | 08/31/2020 | HC ER SERVICE CLASS IV | 1 | 2,027.00 |
| 0450 | 08/31/2020 | HC IV INJ INITIAL | 1 | 651.00 |
| 0636 | 08/31/2020 | KETOROLAC TROMETHAMINE PER 15 MG | 2 | 42.40 |
| | | | | **5,612.20** |

**Total hospital charges:**
**Total hospital payments and adjustments:**

**Current account balance - THIS IS NOT A BILL:**                                    5,612.20



## Wellstar
HEALTH SYSTEM

**Mail Processing Center**
**PO Box 3475 Toledo, OH 43607-0475**

 **Wellstar**
HEALTH SYSTEM

Statement Date: 12/16/2021
Guarantor Name: **Talitha Kincadebroughton**
Medical Record Number: 566274837
Payor Plan: **ESR TPL · ESR TPL**

Interested in staying well? Get the latest health tips, news, and more on our new health information website at **www.wellstar.org**

**GUARANTOR INFORMATION:**
Talitha Kincadebroughton
6270 HAVENSIDE DR APT 5
SACRAMENTO, CA 95831-1532

## This is not a bill. This is an itemization of your services for:

| | | | |
|---|---|---|---|
| Patient Name: | Talitha Kincadebroughton | Admission Date: | 10/12/20 |
| Account ID: | 10003989865 | Discharge Date: | 10/12/20 |
| Guarantor ID: | 500209744 | Location: | WS Cobb Hospital |

Current Account Charges: 1,670.60

### Hospital Charges

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0250 | 10/12/2020 | DEXAMETHASONE 4 MG TAB | 2 | 18.40 |
| 0450 | 10/12/2020 | HC ER SERVICE CLASS III | 1 | 1,447.00 |
| 0450 | 10/12/2020 | HC INJ IM/SUBQ | 1 | 167.00 |
| 0636 | 10/12/2020 | KETOROLAC TROMETHAMINE PER 15 MG | 2 | 38.20 |
| | | | | 1,670.60 |

**Total hospital charges:**
**Total hospital payments and adjustments:**

**Current account balance - THIS IS NOT A BILL:**                                        1,670.60

 **Wellstar**
HEALTH SYSTEM

**Mail Processing Center**
**PO Box 3475 Toledo, OH 43607-0475**



**FACILITY:**
American Health Imaging of Douglasville, LLC

**INVOICE #**:
Date: March 14, 2022

**PATIENT:**
Talitha Kincade

,

| CPT Code | Procedure Name | Procedure Date | Billable Cost |
|----------|----------------|----------------|---------------|
| 72148 | MRI Lumbar Spine w/o | 3/3/2022 | $2,370.00 |
| | | **Total Due:** | $2,370.00 |

THIS BALANCE HAS BEEN IDENTIFIED AS YOUR RESPONSIBILITY. PLEASE REMIT PAYMENT AS SOON AS POSSIBLE.

**Make all checks payable to:**
**OMNI**
**16905 Northcross Dr. Suite 300**
**Huntersville, NC 28078**

Choice One Physical Therapy
1810 Mulkey Rd.
Austell, GA 30106
(770)948-6537

| Statement Date | Page |
|---|---|
| 8/12/2022 | 1 |

Talitha Kincade
1202 Station club dr sw
Marietta, GA 30060

| Chart Number |
|---|
| KINTA000 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| | | | | |

Patient: Talitha Kincade          Chart #: KINTA000
Case Description: MVA

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| 5/18/2022 | 2205180000 | PT Initial Evaluation | 2828 | 499.00 |
| 5/18/2022 | 2205180000 | Therapuetic Exercise | 2828 | 50.00 |
| 5/18/2022 | 2205180000 | Manual Therapy | 2828 | 65.00 |
| 5/18/2022 | 2205180000 | ADL's (15 min) | 2828 | 66.00 |
| 5/18/2022 | 2205180000 | New pt Visit- MD | 2828 | 750.00 |
| 5/18/2022 | 2205180000 | NCV 11-12 Studies (upper Profile) | 2828 | 2,392.00 |
| 5/18/2022 | 2205180000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 5/20/2022 | 2205200000 | Therapuetic Exercise | 2828 | 100.00 |
| 5/20/2022 | 2205200000 | Manual Therapy | 2828 | 65.00 |
| 5/20/2022 | 2205200000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 5/20/2022 | 2205200000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 5/23/2022 | 2205230000 | Therapuetic Exercise | 2828 | 100.00 |
| 5/23/2022 | 2205230000 | NMR | 2828 | 64.00 |
| 5/23/2022 | 2205230000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 5/23/2022 | 2205230000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 5/25/2022 | 2205250000 | Therapuetic Exercise | 2828 | 100.00 |
| 5/25/2022 | 2205250000 | NMR | 2828 | 64.00 |
| 5/25/2022 | 2205250000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 5/25/2022 | 2205250000 | Lumbar/Pelvic Diagnostic | 2828 | 1,512.00 |
| 5/25/2022 | 2205250000 | Established pt Office Visit- MD | 2828 | 650.00 |

| Balance Due |
|---|
| Continued |

Choice One Physical Therapy
1810 Mulkey Rd.
Austell, GA 30106
(770)948-6537

| Statement Date |
| --- |
| 8/12/2022 |

| Page |
| --- |
| 2 |

Talitha Kincade
1202 Station club dr sw
Marietta, GA 30060

| Chart Number |
| --- |
| KINTA000 |

| Date | Document | Description | Case Number | Amount |
| --- | --- | --- | --- | --- |
| 5/25/2022 | 2205250000 | NCV 13 or more Studies (Lower profile) | 2828 | 2,392.00 |
| 5/25/2022 | 2205250000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 6/1/2022 | 2206020000 | Therapuetic Exercise | 2828 | 100.00 |
| 6/1/2022 | 2206020000 | NMR | 2828 | 64.00 |
| 6/1/2022 | 2206020000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 6/1/2022 | 2206020000 | Kinesio Taping- Hip | 2828 | 125.00 |
| 6/8/2022 | 2206080000 | Therapuetic Exercise | 2828 | 100.00 |
| 6/8/2022 | 2206080000 | NMR | 2828 | 64.00 |
| 6/8/2022 | 2206080000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 6/8/2022 | 2206080000 | Established pt Office Visit- MD | 2828 | 650.00 |
| 6/8/2022 | 2206080000 | SSEP somatosensory evoked potentials ass | 2828 | 2,380.00 |
| 6/8/2022 | 2206080000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 6/15/2022 | 2206150000 | Therapuetic Exercise | 2828 | 100.00 |
| 6/15/2022 | 2206150000 | NMR | 2828 | 64.00 |
| 6/15/2022 | 2206150000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 6/15/2022 | 2206150000 | Established pt Office Visit- MD | 2828 | 650.00 |
| 6/15/2022 | 2206150000 | Lumbar Belt/Brace | 2828 | 1,450.00 |
| 6/15/2022 | 2206150000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 6/15/2022 | 2206150000 | Kinesio Taping- Hip | 2828 | 125.00 |
| 6/22/2022 | 2206220000 | Therapuetic Exercise | 2828 | 100.00 |
| 6/22/2022 | 2206220000 | Manual Therapy | 2828 | 65.00 |
| 6/22/2022 | 2206220000 | NMR | 2828 | 64.00 |
| 6/22/2022 | 2206220000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |

| Balance Due |
| --- |
| Continued |

Choice One Physical Therapy
1810 Mulkey Rd.
Austell, GA 30106
(770)948-6537

| Statement Date |
| --- |
| 8/12/2022 |

| Page |
| --- |
| 3 |

Talitha Kincade
1202 Station club dr sw
Marietta, GA 30060

| Chart Number |
| --- |
| KINTA000 |

| Date | Document | Description | Case Number | Amount |
| --- | --- | --- | --- | --- |
| 6/22/2022 | 2206220000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 6/22/2022 | 2206220000 | Kinesio Taping- Hip | 2828 | 125.00 |
| 6/29/2022 | 2206290000 | Therapuetic Exercise | 2828 | 100.00 |
| 6/29/2022 | 2206290000 | NMR | 2828 | 64.00 |
| 6/29/2022 | 2206290000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 6/29/2022 | 2206290000 | Established pt Office Visit- MD | 2828 | 650.00 |
| 6/29/2022 | 2206290000 | Kinesio Taping- Hip | 2828 | 125.00 |
| 7/6/2022 | 2207110000 | Therapuetic Exercise | 2828 | 100.00 |
| 7/6/2022 | 2207110000 | NMR | 2828 | 64.00 |
| 7/6/2022 | 2207110000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 7/6/2022 | 2207110000 | Established pt Office Visit- MD | 2828 | 650.00 |
| 7/6/2022 | 2207110000 | Basic Vestibular test | 2828 | 399.00 |
| 7/6/2022 | 2207110000 | sinusoidal rotation test (Horz) | 2828 | 299.00 |
| 7/6/2022 | 2207110000 | Sinusoidal Rotation Test (Vert) | 2828 | 299.00 |
| 7/6/2022 | 2207110000 | Use Of Vertical Electrodes | 2828 | 299.00 |
| 7/6/2022 | 2207110000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 7/14/2022 | 2207140000 | Therapuetic Exercise | 2828 | 100.00 |
| 7/14/2022 | 2207140000 | NMR | 2828 | 64.00 |
| 7/14/2022 | 2207140000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 7/14/2022 | 2207140000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 7/14/2022 | 2207140000 | Kinesio Taping- Hip | 2828 | 125.00 |
| 7/29/2022 | 2207290000 | Therapuetic Exercise | 2828 | 100.00 |
| 7/29/2022 | 2207290000 | NMR | 2828 | 64.00 |

| Balance Due |
| --- |
| Continued |

Choice One Physical Therapy
1810 Mulkey Rd.
Austell, GA 30106
(770)948-6537

| Statement Date |
|---|
| 8/12/2022 |

| Page |
|---|
| 4 |



Talitha Kincade
1202 Station club dr sw
Marietta, GA 30060

| Chart Number |
|---|
| KINTA000 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| 7/29/2022 | 2207290000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 7/29/2022 | 2207290000 | Kinesio Taping - Shoulder | 2828 | 125.00 |
| 8/3/2022 | 2208030000 | PT Re- Evalvuation | 2828 | 399.00 |
| 8/3/2022 | 2208030000 | ADL's (15 min) | 2828 | 66.00 |
| 8/3/2022 | 2208030000 | Established pt Office Visit- MD | 2828 | 650.00 |
| 8/10/2022 | 2208100000 | Therapuetic Exercise | 2828 | 100.00 |
| 8/10/2022 | 2208100000 | NMR | 2828 | 64.00 |
| 8/10/2022 | 2208100000 | Therapuetic/Kinetic Activities (15 min) | 2828 | 75.00 |
| 8/10/2022 | 2208100000 | Kinesio Taping - Shoulder | 2828 | 125.00 |

| Balance Due |
|---|
| 22,151.00 |

Attachment E

Attached *National Union Fire Insurance Company of Pittsburgh, PA*

*Commercial General Liability Declarations.*

14

# AIG

Coverage is provided by

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

(a capital stock company)

175 Water Street, New York, NY 10038
(212) 458-5000

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**NAMED INSURED & MAILING ADDRESS**
WALMART INC.
702 SW 8TH ST
BENTONVILLE, AR 72716-0695

**PRODUCER'S NAME & MAILING ADDRESS**
MARSH USA INC.
1166 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-3712

**POLICY PERIOD:**   From 09/15/2020  to  09/15/2021   at 12:01 A.M. Standard Time at your mailing address shown above.

**FORM OF BUSINESS:**

☒ CORPORATION   ☐ PARTNERSHIP   ☐ LIMITED LIABILITY COMPANY   ☐ INDIVIDUAL   ☐ OTHER

**BUSINESS DESCRIPTION:**   DEPARTMENT STORES

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**   ON FILE WITH COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PREMIUM:**\*

**PREMIUM SHOWN IS PAYABLE:**                           at inception.

\*This policy is subject to annual audit.

**Premium for Certified Acts of Terrorism Coverage Under Terrorism Risk Insurance Act 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act 2015:**
        $500 Included In Policy Premium

**SCHEDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:**\*\*

    Kentucky Premium Surcharge                $17.00
    New Jersey
    West Virginia

\*\*State Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.

Please refer to the attached Addendum for any applicable Kentucky Taxes.

**ENDORSEMENTS ATTACHED TO THIS POLICY:**     SEE ATTACHED FORMS SCHEDULE

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORMS, AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE ABOVE NUMBERED POLICY.

Date Issued: 12/01/2020

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
|     DAMAGE TO PREMISES RENTED TO YOU LIMIT | $1,000,000 | Any one premise |
|     MEDICAL EXPENSE LIMIT | NOT COVERED | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $3,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $3,000,000 | |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.<br><br>RETROACTIVE DATE:   **NONE**<br>               (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES.) |

| CLASSIFICATION AND PREMIUM | | | | | |
|---|---|---|---|---|---|
| | | | **RATE** | **ADVANCE PREMIUM** | |
| **CLASSIFICATION** | **CODE NO.** | **PREMIUM BASE** | Prem/Prod/comp Ops  Ops | Prem/ Ops | Prod/comp Ops |
| SEE COMPOSITE RATE ENDORSEMENT | | | | | |

A = AREA
C = TOTAL COST
M = ADMISSIONS
O = TOTAL OPERATING EXPENSES
P = PAYROLL
S = GROSS SALES
T = OTHER
U = UNITS (EACH)

| Total: |
|---|

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative.

President
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Secretary
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

Authorized Representative

SIGNUJ