IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, | ) ) ) |
| Plaintiff, | ) CAFN: 1:22-cv-04229-ELR ) ) |
| v. | ) ) ) |
| WALMART, INC. | ) ) ) ) ) |
| Defendant. | ) |

## DEFENDANT WALMART, INC.'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Notice is hereby given that defendant Walmart, Inc., by and through counsel, has served upon Plaintiff the following:

1. Defendant Walmart, Inc.'s First Request for Admission, Interrogatories, and Request for Production of Documents to Plaintiff.

This 28th day of November, 2022.

                                                  WALDON ADELMAN CASTILLA
                                                  HIESTAND & PROUT

                                                  /s/ Casey J. Brown_____
                                                  Jonathan M. Adelman
                                                  Georgia Bar No. 005128
                                                  Casey J. Brown
                                                  Georgia Bar No. 757384
                                                  Attorneys for Defendant Walmart, Inc.

900 Circle 75 Parkway  
Suite 1040  
Atlanta, Georgia 30339  
(770) 953-1710  
jadelman@wachp.com  
cbrown@wachp.com