**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:22-CV-04229-ELR |
| | * | |
| WALMART, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties [Doc. 4], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court.[1]

---

[1] Pursuant to Local Rule 26.2(A), this case is assigned to a four (4)-month discovery track by default. See LR 26.2(A), NDGa. In the JPRDP, the Parties jointly request "a six (6) month discovery period due to issues related to obtaining the entirety of Plaintiff's medical history," the "potential need to retain and hire experts[,]" and supposed "delays . . . due to current COVID restrictions[.]" [Doc. 4 at 8]. The Court finds that none of the reasons listed by the Parties justify the excess time for discovery that they request. Accordingly, the Court assigns this case to a four (4)-month discovery period. See Johnson v. Bd. of Regents of Univ. of Ga., 263 F.3d 1234, 1269 (11th Cir. 2001) (a district court enjoys "broad discretion" over pre-trial matters such as discovery and scheduling); Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them."). The Court strongly encourages the Parties to be proactive in completing discovery and to work cooperatively toward the speedy resolution of this litigation, as the Court will not be inclined to grant discovery extensions in this matter absent compelling circumstances.

As such, this case remains on a four (4)-month discovery track. Discovery in this matter will conclude on March 23, 2023.

**SO ORDERED**, this 28th day of November, 2022.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia