IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | ) ) ) | CAFN: 1:22-cv-04229-ELR |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| WALMART, INC. | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Pursuant to Rule 26.3 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify that the following discovery materials were served upon all parties of record in this action:

Walmart's Subpoena to Produce Documents to:

Abbycare Primary Care, AICA Orthopedics, American Health Imaging, Choice One Physical Therapy, CMS Pain and Rehab, Legal Bay, Oasis Financial, Omni Glofin Healthcare, Resurgens Orthopedics, Shelton Sport and Spine, Tung V. Nguyen, Wellstar Cobb Hospital, and Wellstar Kennestone GME Family Medicine

This 2nd day of December, 2022.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Casey J. Brown_____
Casey J. Brown

Georgia Bar No. 757384
Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher S. Harris
Georgia Bar No. 135243
Harris & Harris, LLC
16 Eastbrook Bend
Suite 101
Peachtree City, GA  30269
harrisandharrislaw@gmail.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

This 2nd day of December, 2022.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT


/s/ Casey J. Brown_____
Casey J. Brown
Georgia Bar No. 757384
Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com