IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | ) ) ) | CAFN: 1:22-cv-04229-ELR |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| WALMART, INC. | ) ) | |
| | ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOTE DEPOSITION

YOU ARE HEREBY NOTIFIED that, at 10:00 a.m. on Wednesday, the 18th day of January, 2023, the undersigned counsel for Defendant will depose Plaintiff TALITHA KINCADE BROUGHTON remotely, via Zoom Video communications.

This deposition will be taken for the purposes of discovery and cross-examination upon oral examination pursuant to the Georgia Civil Practice Act before an officer duly authorized by law to administer oaths.  The oral examination will continue until completed.

Respectfully submitted on this the 29th day of December, 2022.

*{Signature on Next Page}*

**WALDON ADELMAN CASTILLA**
**HIESTAND & PROUT**

/s/ Casey J. Brown_____
Jonathan M. Adelman
Georgia Bar No. 005128
Casey J. Brown
Georgia Bar No. 757384
Attorneys for Defendant Walmart,
Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## CERTIFICATE OF SERVICE

This is to certify that, on this the 29th day of December, 2022, I have served all Parties through their counsel of record with the foregoing *Notice of Remote Deposition* by electronic correspondence and/or by depositing copies of same in the United States Mail in an envelope with sufficient postage thereon addressed, as follows:

Christopher S. Harris
Georgia Bar No. 135243
Harris & Harris, LLC
16 Eastbrook Bend
Suite 101
Peachtree City, GA  30269
harrisandharrislaw@gmail.com

**WALDON ADELMAN CASTILLA HIESTAND & PROUT**

/s/ Casey J. Brown_____
Jonathan M. Adelman
Georgia Bar No. 005128
Casey J. Brown
Georgia Bar No. 757384
Attorneys for Defendant Walmart, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com