IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, | : |
|     Plaintiff, | : |
| | : |
| v. | : CAFN: 1:22-cv-04229-ELR |
| | : |
| WALMART, INC., | : |
|     Defendant, | : |

### RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have served counsel for the Defendant with a copy of the following: PLAINTIFF'S RESPONSE TO DEFENDANT WALMART, INC.'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND NOTICE TO PRODUCE TO PLAINTIFF TALITHA KINCADE BROUGHTON by electronic service to:

Casey J. Brown and Jonathan M. Adelman
Walden Adelman Castilla Hiestand and Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
jadelman@wachp.com and cbrown@wachp.com

/s/ Christopher S. Harris
Georgia Bar No. 135243
Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com