IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, | : |
|     Plaintiff, | : |
| | : |
| v. | : CAFN: 1:22-cv-04229-ELR |
| | : |
| WALMART, INC., | : |
|     Defendant, | : |

## APPLICATION FOR LEAVE OF ABSENCE OF PLAINTIFF'S ATTORNEY

Comes now Christopher S. Harris, attorney for the Plaintiff herein, and respectfully requests the Court to grant him leave of absence from the above case for which he is the attorney of record and shows as follows:

1.

The period of leave during which time Applicant will be away from the practice of law is as follows:

1) February 13-17, 2023;

2) March 13-20, 2023;

3) March 31-April 10, 2023; and

4) May 25-June 16, 2023.

2.

The purpose of this leave is for family medical leave, family vacation and to attend Continuing Legal Education courses.

3.

Applicant certifies that he is lead and sole counsel and attorney of record in the matters pertaining hereto.

Submitted this 9th day of January, 2023.

/s/ Christopher S. Harris
Georgia Bar No. 135243
Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served counselors for the Defendant in this case in accordance with notice of electronic filing (NEF) which was generated as a result of electronic filing in this court to:

Casey J. Brown and Jonathan M. Adelman
Walden Adelman Castilla Hiestand and Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
jadelman@wachp.com and cbrown@wachp.com

*/s/ Christopher S. Harris*
Georgia Bar No. 135243
Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com