IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | ) ) ) | CAFN: 1:22-cv-04229-ELR |
| Plaintiff, | ) | |
| v. | ) | |
| WALMART, INC. | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY**

The parties have jointly moved for an extension of discovery through and including August 31, 2023. The Court hereby GRANTS the parties' motion. Discovery in this case is hereby extended through and including August 31, 2023.

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
Eleanor L. Ross
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION