IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, : <br>     Plaintiff, : <br> : <br> v.                        : CAFN: 1:22-cv-04229-ELR <br> : <br> WALMART, INC.,           : <br>     Defendant,           : | |

## ORDER ON APPLICATION FOR LEAVE OF ABSENCE OF PLAINTIFF'S ATTORNEY

Whereas Christopher S. Harris, Plaintiff's attorney of record, having made application to the Court for leave of absence and no objections having been received;

It is hereby ordered that Christopher S. Harris be granted leave of absence for the following periods:

1) February 13-17, 2023;

2) March 13-20, 2023;

3) March 31-April 10, 2023; and

4) May 25-June 16, 2023.

This 23rd day of January, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia