IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, ) ) ) ) Plaintiff, ) ) v. ) ) ) ) WALMART, INC. ) ) ) ) ) Defendant. ) | CAFN: 1:22-cv-04229-ELR |

## DEFENDANT'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Pursuant to Rule 26.3 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify that the following discovery materials were served upon all parties of record in this action:

Walmart's Subpoena to Produce Documents to:

Alpine Orthopedics and Sports Medicine, Arrowhead Evaluation Services, Briarwood Post-Acute Nursing Home, California Home Health Agency, Concierge Physicians of California, CVS Pharmacy, Dignity Health Emerus (Blue Diamond, North Las Vegas, Sahara, and West Flamingo Campuses), Dr. Edmund Freund, El Camino College, EvoFit Fitness, Gill Obstetrics and Gynecology, Health Plan of San Joaquin, HHSNC d/b/a At Your Service Home Care, Integrated Pain Care, Kaiser Foundation Health Plan, Kaiser Permanente, Kroger Pharmacy, Legacy Brain and Spine, Legal Bay Lawsuit Funding, Lodi Memorial Hospital, Lodi Urgent Care, Mid-Valley Imaging, Inc., Pacific Sleep Disorders Center, Progressive Casualty Insurance Company, Progressive Medical Center, Publix Pharmacy, Ramnik S. Clair, MD, Rite Aid Pharmacy, Safeway Pharmacy, San Joaquin Hospital, Sedgwick Claims Management, Inc., Stockton MRI and Molecular Imaging Center, Sutter Medical Center, UC Davis Placer Center for

Health, Valley MRI and Radiology, Inc., Vibrant Care and Rehabilitation, Vital Imaging Medical Group, Walgreens Pharmacy, Wal-Mart Pharmacy, Wellstar Kennestone Hospital, Wellstar South Cobb Primary Care Center, Windsor El Camino Care Center, Health and Human Services of California and State of California Division of Worker's Compensation.

This 25th day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT


/s/ Casey J. Brown_____
Casey J. Brown
Georgia Bar No. 757384
Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher S. Harris
Georgia Bar No. 135243
Harris & Harris, LLC
16 Eastbrook Bend
Suite 101
Peachtree City, GA  30269
harrisandharrislaw@gmail.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

This 25th day of January, 2023.

                                                  WALDON ADELMAN CASTILLA
                                                  HIESTAND & PROUT


                                                  /s/ Casey J. Brown_____
                                                  Casey J. Brown
                                                  Georgia Bar No. 757384
                                                  Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com