# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TALITHA KINCADE BROUGHTON, | * | |
| Plaintiff, | * | |
| v. | * | 1:22-CV-04229-ELR |
| WALMART, INC., | * | |
| Defendant. | * | |

## O R D E R

In accordance with Local Rule 3.3, the Court **DIRECTS** Plaintiff Talitha Kincade Broughton file a Certificate of Interested Persons and **DIRECTS** Defendant Walmart, Inc., to file a Corporate Disclosure within seven (7) days from the date of entry of this order.  If the Parties fail to file their respective Certificate of Interested Persons and Corporate Disclosure Statement within the seven (7)-day period, the Court **DIRECTS** the Clerk to submit this action to the undersigned.

**SO ORDERED**, this 27th day of January, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia