IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TALITHA KINCADE                    )
BROUGHTON,                         )
                                   )     CAFN: 1:22-cv-04229-ELR
   Plaintiff,                    )
                                   )
v.                                 )
                                   )
                                   )
WALMART, INC.                      )
                                   )
                                   )
                                   )
      Defendant.              )

## <u>CORPORATE DISCLOSURE STATEMENT AND<br>DISCLOSURE OF INTERESTED PERSONS</u>

Defendant, by and through counsel, and pursuant to Fed. R. Civ. P. 7.1 and

Local Rules 3.3 and 87.1 hereby disclose the following:

(1) Walmart, Inc. hereby discloses the following subsidiary corporations:

- ASDA Group Limited;

- Beaver Lake Aviation, Inc.;

- Bharti Walmart Private Limited;

- Central American Retail Holding Company N.V.;

- Walmart Claims Services, Inc. (formerly known as Claims Management, Inc.);

- Corporacion de Companias Agroindustriales;

- Corporacion de Supermercados Unidos S.A.;

- Distrubcion y Servicia D&S S.A.;

- La Fruga S.A.;

- Massmart Holdings, Ltd;

- Sam's East, Inc.;

- Sam's Real Estate Business Trust;

- Sam's West, Inc.;

- Texas Retail Energy, LLC;

- The Seiyu, Ltd.;

- Wal-Mart Argentina S.R.L.;

- Wal-Mart Associates, Inc.;

- Wal-Mart Brasil, Ltda.;

- Wal-Mart Canada Corp.;

- Wal-Mart China Co., Ltd;

- Walmart de Mexico, S.A. de C.V.;

- Wal-Mart Leasing, Inc.;

- Wal-Mart Louisiana, LLC;

- Wal-Mart Puerto Rico, Inc.;

- Wal-Mart Real Estate Business Trust;

- Wal-Mart Stores Arkansas, LLC;

- Wal-Mart Stores East, LP;

- Wal-Mart Stores Texas, LLC;

- Wal-Mart Transportation, LLC;

- Wal-Mart.com USA, LLC; and

- WMS Supermercados do Brasil, S.A. (formerly Sonae Distribuicao Brasil,

  S.A).

  No publicly held company owns 10% or more of this defendant's stock.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Plaintiff Talitha Kincade-Broughton

Choice One Physical Therapy

Shelton Sports and Spine

Wellstar Health System

American Health Imaging

AICA Orthopedics

Legal Bay, LLC

Oasis Financial

Omni Healthcare, LLC/Glofin Funding

Dignity Health St. Rose Dominican Hospital

The Law Firm of Harris & Harris, LLC

**(3)  A complete list of each person serving in this proceeding:**

Christopher Harris of The Law Office of Harris & Harris, LLC

Jonathan M. Adelman and Casey J. Brown of the law firm Waldon Adelman

Castilla Hiestand & Prout, LLP.

This 27<u>th</u> day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT


/s/ Casey J. Brown_____
Jonathan M. Adelman
Georgia Bar No. 005128
Casey J. Brown
Georgia Bar No. 757384
Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certify that the foregoing pleading complies with the font and point selections approved by the Court and Local Rule 5.1B.  The foregoing pleading has been prepared in 14 point Times New Roman font.

This 27<u>th</u> day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT


/s/ Casey J. Brown_____
Jonathan M. Adelman
Georgia Bar No. 005128
Casey J. Brown
Georgia Bar No. 757384
Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TALITHA KINCADE               )
BROUGHTON,                    )
                              )        CAFN: 1:22-cv-04229-ELR
   Plaintiff,              )
                              )
v.                            )
                              )
                              )
WALMART, INC.                 )
                              )
                              )
                              )
   Defendant.              )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this the 27th day of January, 2023, I electronically filed the foregoing *Corporate Disclosure Statement and Certification of Interested Parties* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Christopher S. Harris
The Law Office of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30267
harrisandharrislaw@gmail.com

This 27<u>th</u> day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT


/s/ Casey J. Brown_____
Jonathan M. Adelman
Georgia Bar No. 005128
Casey J. Brown
Georgia Bar No. 757384
Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com