IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TALITHA KINCADE BROUGHTON, | : |
|     Plaintiff, | : |
| | : |
| v. | : CAFN: 1:22-cv-04229-ELR |
| | : |
| WALMART, INC., | : |
|     Defendant, | : |

<u>RULE 5.4 CERTIFICATE OF SERVICE</u>

    I hereby certify that I have served counsel for the Defendant with a copy of the following: PLAINTIFF'S FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE TO DEFENDANT and PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT by electronic service to:

Casey J. Brown and Jonathan M. Adelman
Walden Adelman Castilla Hiestand and Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 303
jadelman@wachp.com and cbrown@wachp.com

                                                                <u>/s/ Christopher S. Harris</u>
                                                                 Georgia Bar No. 135243
                                                                 Attorney for the Plaintiff

The Law Firm of Harris & Harris, LLC
P.O. Box 679
Palmetto, Georgia 30268
770-632-8988
harrisandharrislaw@gmail.com