# G. Lee Cross, III, MD

**5085 Falcon Chase Lane**
**Atlanta, Georgia 30342-2180**
**Cell 404-408-4034, Fax 404-255-3256**
**Email glc3md@bellsouth.net**

**2019 Testimony List**

1) <u>Alana Harris vs. Cynthia Cabanaw</u>
   State Court of Douglas County
   CAFN: 15SV00465
   Testimony at trial

2) <u>Hesse vs, Brathwaite</u>
   State Court of DeKalb County
   CAFN: 17A66901
   Testimony at trial

3) <u>Sherma Dunagan vs. McClellon</u>
   State Court of Habersham County
   CAFN: 17ST191
   Testimony at trial

4) <u>Dorothy Navorska vs. Ashley McDougale</u>
   State Court of Walker County
   CAFN: 14STCV275
   Testimony at trial

5) <u>Robin Carmichael vs. Evan Todd and Clayton Appliances</u>
   State Court of Fayette County
   CAFN: 2017SV0184
   Testimony via deposition

6) <u>Barbara Wyatt vs. Crete Carrier Corporation and Gerald Rummel</u>
   _____ Court of _____ County
   CAFN: _____
   Testimony via deposition



DEFENDANT'S EXHIBIT B

7)     <u>Atkins vs. Crete Carrieratki</u>
       _____ Court of _____ County
       CAFN: _____
       Testimony via deposition

8)     <u>Canty vs. Veltman</u>
       State Court of Coweta County
       CAFN: 18SV0017
       Testimony via deposition

9)     <u>Matthew Germain vs. TopGolf USA Alpharetta, LLC. And Top Golf USA Inc</u>
       USDC Northern District of Georgia Atlanta Division
       CAFN 1:18-cv-03593-AT
       Testimony via deposition

10)    <u>Michael Hart vs. Poole and Nugent</u>
       State Court of Fulton County
       CAFN: 18EV004475
       Testimony via deposition

**2020 Testimony List**

1)     <u>Levi vs. Pelton</u>
       State Court of Gwinnett County
       CAFN: 19-C-00536-S6
       Testimony via deposition

2)     <u>Franklin vs. United Freight Carriers</u>
       State Court of DeKalb County
       CAFN: 18A69413
       Testimony via deposition

3)     <u>Marcus Williams vs. Doe</u>
       State Court of Fulton County
       CAFN: 19/EV006046
       Testimony via deposition

**2021 Testimony List**

1) <u>Stallworth vs. Torres</u>
   State Court of Fulton County
   CAFN: 19EV004971
   Testimony via deposition

2) <u>Hang Le vs. FAFI Hauling, LLC, et al.</u>
   State Court of DeKalb County
   CAFN: 20A0261
   Testimony via deposition

3) <u>Keyna Johnson individually and as legal guardian of Quinteriah Johnson, minor vs. Donna Cornwell</u>
   State Court of Douglas County
   CAFN: 19SV00053
   Testimony via deposition

4) <u>Eduardo Martinez Cruz vs. Jiten Girish Patel</u>
   Superior Court of Fulton County
   CAFN: 2019CV318209
   Testimony at trial

5) <u>Gayle E. Coughman vs. Marquette Ball</u>
   State Court of Fulton County
   CAFN: 15 EV001968
   Testimony at trial

6) <u>Akins vs. Crete Carrier Atki</u>
   State Court of Gwinnett County
   CAFN: 18-C-04874-6
   Testimony at trial

**2022 Testimony List**

1) <u>Sean George v. Shiloh Ashley Gans and Ruben Anthony Gomez</u>
   State Court of Fulton County
   CAFN: 20EV007720
   Testimony via deposition

2) <u>Sasha Gallegos vs. Davide Conte</u>
   State Court of Fulton County

      CAFN: 21EV003756
      Testimony via deposition

3) <u>Lewis v. Potts</u>
    State Court of Henry County
    CAFN: STSV20211001275
    Testimony via deposition

4) <u>Keyna Johnson individually and as legal guardian of Quinteriah</u>
    Johnson, minor vs. Donna Cornwell
    State Court of Douglas County
    CAFN: 19SV00053
    Testimony at trial

5) <u>Roy J. Wise v. Stephen Bartlett and Crete Carrier Corporation</u>
    USDC Northern Georgia
    CAFN: 1:20-cv-02697-CAP
    Testimony at trial

**2023 Testimony List**

1) <u>Shirley Woodward v. Rhonda F. Tyler</u>
    State Court of Carroll County
    CAFN: STSV2020000671
    Testimony via deposition

2) <u>Antonio Simon Contreras v. J&P Hauling</u>
    State Court of Clayton County
    CAFN: 2019CV01643
    Testimony via deposition

3) <u>Earnest Grice vs Lindsey Ann Lester</u>
    Superior Court of Fulton County
    CAFN: 2020CV340472
    Testimony via deposition