Expert Witness Fee Schedule
October 23, 2020

Medical Record Review
    First Hour                                           $500
    Each Additional Hour                 $500

Attorney Conferences per Hour Prorated       $500

Preparing Formal Reports per hour             $500

Expert Witness Deposition                    $750 per hour

Expert Witness Trial Testimony               $750 per hour

Daily Rate for Time Away from
    Work to Testify in Court when
        Overnight out of town travel is required        $5,000 per day plus expenses

Radiology Fees for reading imaging for which I have not received medical records.

Plain films for example a lumbar spine series - $50 per series of films

MRI/CT - $200 per study, for example a lumbar MRI without the medical records

G. Lee Cross, III, MD

0687

