**G. Lee Cross III, MD**

**5085 Falcon Chase Lane, NE**

**Atlanta, Georgia 30342-2180**

**Cell 404-408-4034**

**Email glc3md@bellsouth.net**

October 18, 2023

Mr. Matthew Hurst, Esq.
Waldon Adelman Castilla McNamara & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339

Re: – Kincade-Broughton v. Walmart
    CAFN: 1:22-CV-04229-ELR
    USDC N Georgia

Dear Mr. Hurst;

I have spent five hours at $500 per hour studying the medical records of Ms. Kincade-Broughton in the above matter. My fee for my work thus far in this case is $2,500. Please send a check made out to me personally to the address shown above. Attached is a W-9 for your convenience. Please note that payment is due within thirty days of receipt of this invoice.

Thank you again for asking me to study the records in this case.

Sincerely;

*[signature: G. Lee Cross III MD]*

G. Lee Cross III, MD

0691

**DEFENDANT'S EXHIBIT E**